UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,

          -against-

JOSEPH CATANZARO,
          Defendant.
---------------------------------X

STATE OF NEW YORK  }
                  } SS.:
COUNTY OF THE BRONX }

AFFIRMATION OF SERVICE

01 CR 1003

*Application granted.*
*So Ordered.*
*12/2/05*
*USDJ*
*cc: Counsel*

    LARRY SHEEHAN, being an attorney at law duly admitted to practice before the courts of the State of New York, and the Southern and Eastern District for New York hereby affirms under penalty of perjury and pursuant to 28 U.S.C. 1746:

    1. I was assigned to represent the defendant by this Honorable Court pursuant to the criminal Justice Act on March 22, 2005 for a violation of supervised release.

    2. The defendant was detained to the custody of the United States Marshalls on that date by the Court.

    3. On April 4, 2005, the appellant was released on the condition that he enter, remain and complete a drug treatment program. Moreover, the Court set bail at $5,000.00 which was posted by his mother, Antoinette Hartman.

4. The defendant successfully completed said program but thereafter other violations of supervised and on September 6, 2005, the defendant was remanded.

5. On that date your affiant requested that bail be exonerated and returned to the defendant's mother.

6. The Government did not oppose this application and in an oral order from the bench the Court granted said motion.

7. Accordingly, it is respectfully requested that the Court sign the attached order releasing the bail to ANTOINETTE HARTMAN.

DATED: December 2, 2005
      Bronx, New York 10451

Respectfully submitted,

Larry Sheehan

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA,                : ORDER
                                         :
                                         : Docket No. 01 Cr. 1003
                                         :
              -against-                  :
                                         :
JOSEPH CATANZARO,                        :
                                         :
                        Defendant.       :
--------------------------------------X

P R E S E N T:

    HON. ALLYNE R. ROSS

Upon reading the annexed affirmation of Larry Sheehan, Esq., and due deliberation having been had, NOW upon said motion it is hereby:

ORDERED, that the bail posted in the above reference matter be released to The defendant's mother:

    ANTOINETTE HARTMAN
    237 BAY 41ST STREET
    BROOKLYN, NEW YORK 11214

E N T E R

Hon. ALLYNE R. ROSS

ALEMANY & SHEEHAN
An Association for the Practice of Law
840 Grand Concourse
Building 11, Suite 1BB
Bronx, New York 10451
Fax: (718) 401-7726

JOAQUIN F. ALEMANY
(718) 401-8669

LARRY SHEEHAN
(718) 401-7724

## FAX TRANSMISSION COVER SHEET

December 2, 2005

From: Larry Sheehan

To: Hon. Allyne R. Ross

Fax #: (718) 260-2386

Total # of pages including this cover sheet: 4

Subject/Remarks:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVELEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. I THANK YOU IN ADVANCE FOR YOUR ANTICIPATED COOPERATION.